# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

Menzies Aviation, Inc., and Menzies Aviation
Plaintiff

v.

ASTROPHYSICS, INC.
Defendant

3:24-cv-00057
Civil Action No.

### CERTIFICATE OF INTERESTED PERSONS/DISCLOSURE STATEMENT
(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2,

Menzies Aviation, Inc. and Menzies Aviation Colombia, S.A.S

provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
*Please separate names with a comma. Only text visible within box will print.*

Menzies Aviation, Inc. and the Colombian entity are ultimately controlled by John Menzies Limited, which is entirely privately held.

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
*Please separate names with a comma. Only text visible within box will print.*

Menzies Aviation, Inc., Menzies Aviation Colombia, S.A.S., John Menzies Limited, and Astrophysics, Inc.

| | |
|---|---|
| Date: | 1/8/2024 |
| Signature: | *[signature: Carrie Hoffman]* |
| Print Name: | Carrie Hoffman |
| Bar Number: | 00787701 |
| Address: | 2021 McKinney Ave., Suite 1600 |
| City, State, Zip: | Dallas, TX 75201 |
| Telephone: | (214) 999-3262 |
| Fax: | (214) 999-4667 |
| E-Mail: | choffman@foley.com |

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil => Other Documents => Certificate of Interested Persons/Disclosure Statement.