UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| MENZIES AVIATION, INC., AND MENZIES AVIATION COLOMBIA S.A.S, <br><br>  Plaintiff, <br><br> vs. <br><br> ASTROPHYSICS, INC., <br><br>  Executor. | Case No. 3:24-cv-00057 |

**UNOPPOSED MOTION TO EXTEND DEFENDANT'S TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**

COME NOW, Menzies Aviation Inc. and Menzies Aviation S.A.S. ("Menzies"), by and through its attorneys of record in the above-captioned action, moves as follows:

Menzies filed its Original Complaint ("Complaint") on January 8, 2024, which was served on or around January 30, 2024. The current deadline for Defendant Astrophysics, Inc. ("Defendant") to answer or otherwise respond to the Complaint is February 21, 2024.

Defendant has requested that Menzies agree to an additional 30 days to respond to the Complaint, giving Defendants up to and including March 22, 2024, to answer or otherwise respond to the Complaint.  However, Defendant has yet to engage litigation counsel and its in-house attorneys are not admitted to practice before this Court – hence the reason why Menzies has filed this as an unopposed motion essentially on behalf of Defendant.  The Parties are currently discussing resolution of this matter, and the additional time to respond to the Complaint afforded Defendant will facilitate such discussions.

This is the first request to extend this deadline, and the requested extension of time does not affect any other scheduled dates as a scheduling order has not yet been entered.

Menzies respectfully requests that the Court reset the deadline for Defendant to answer or otherwise to respond to the Complaint to March 22, 2024.

Dated: February 15, 2024

Respectfully submitted,
/s/Carrie B. Hoffman
Carrie Hoffman
TX Bar No. 00787701
Foley & Lardner LLP
2021 McKinney Avenue, Suite 1600
Dallas, TX 75201-3340
214.999.3000
214.999.4667

Attorneys for Plaintiffs MENZIES AVIATION INC. and MENZIES AVIATION COLOMBIA S.A.S

## CERTIFICATE OF CONFERENCE

I hereby certify that on February 14, 2024, Menzies conferred with Defendant's General Counsel regarding the Motion to Extend Defendant's Time to Answer or Otherwise Respond to the Complaint ("Motion to Extend"), and she does not oppose the request sought therein. Said Motion to Extend is therefore unopposed.

Dated:  February 15, 2024

Respectfully submitted,
*/s/Carrie B. Hoffman*
Carrie Hoffman
TX Bar No. 00787701
Foley & Lardner LLP
2021 McKinney Avenue, Suite 1600
Dallas, TX 75201-3340
214.999.3000
214.999.4667

Attorneys for Plaintiffs MENZIES AVIATION INC. and MENZIES AVIATION COLOMBIA S.A.S

## CERTIFICATE OF SERVICE

I hereby certified that a true and correct copy of the foregoing document has been served via ECF upon all counsel of record on this 15th day of February 2024.

*/s/Carrie B. Hoffman*
Carrie B. Hoffman