UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| MENZIES AVIATION, INC., AND MENZIES AVIATION COLOMBIA S.A.S, <br><br> Plaintiff, <br><br> vs. <br><br> ASTROPHYSICS, INC., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) Case No. 3:24-cv-00057 |

## ORDER GRANTING UNOPPOSED MOTION TO EXTEND DEFENDANT'S TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT

Before the Court is Menzies Aviation Inc. and Menzies Aviation S.A.S's ("Menzies") Unopposed Motion to Extend Defendant's Time to Answer or Otherwise Respond to the Complaint. The Court has considered this motion and finds that it should be and hereby is **GRANTED**.

Therefore, it is hereby **ORDERED** that Defendant's date to answer or otherwise respond to Menzies's Complaint has been extended by 30 days, rendering Defendant's response due on March 22, 2024.

SIGNED ON THIS _____ DAY OF _____, 2024.

_____
DAVID C. GODBEY
UNITED STATES CHIEF DISTRICT JUDGE