# EXHIBIT I

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MENZIES AVIATION, INC., and MENZIES AVIATION COLUMBIA, S.A.S, <br><br>*Plaintiffs*, <br><br>v. <br><br>ASTROPHYSICS, INC., <br><br>*Defendant*. | § § § § § § § § § § § § § | <br><br><br><br><br><br>C.A. NO. 3:24-cv-00057-N |

## DECLARATION OF JOHN PRICE

1. My name is John Price. I am the Vice President of Finance at Astrophysics, Inc. ("Astrophysics"). I am over the age of 18. I have personal knowledge of and am otherwise competent to testify to the matters stated herein, which are true and correct to the best of my knowledge.

2. Astrophysics is a Delaware corporation with its principal place of business in City of Industry, California.

3. Based on the proposal attached as Exhibit 1,[1] on August 16, 2023, Astrophysics received the Purchase Order attached as Exhibit 2 from Menzies Aviation Colombia S.A.S ("Menzies-Colombia") for six x-ray machines ("Machines") and related services, including delivery to and installation and maintenance of the Machines in facilities located in Colombia (the "Purchase Order").

---

[1] The attached Exhibits are true and correct copies of the referenced documents with redactions to protect confidential and proprietary information.

4. Pursuant to the Purchase Order, Astrophysics assembled the Machines at facilities located in California or Tijuana, Mexico to be shipped, upon completion, from California for delivery and installation as instructed by Menzies-Colombia at Aeropuerto Jose Maria Cordoba in Rionegro, Antioquia, Colombia.

5. Astrophysics' communications regarding the Purchase Order, including confirmation and fulfillment of same, were with representatives of Menzies-Colombia as reflected by the Order Confirmation, as revised, attached as Exhibit 3.[2] When delivery and TSA-approval issues with the Machines arose, Astrophysics had communications with Menzies-Colombia, as well as several representatives of "Menzies Aviation" with e-mail signature blocks indicating United States locations, including "Grapevine, TX" and "Rockford (RFD) USA." However, those persons did not identify themselves to Astrophysics as representatives of Menzies Aviation, Inc. or indicate they were acting on behalf of any entity other than Menzies-Colombia.

6. Astrophysics' and Menzies-Colombia's dispute over the Machines and fulfillment of the Purchase Order has no connection to Texas.

7. Astrophysics does not systematically do business in Texas or currently maintain a business location in Texas. It currently employs one field service technician who is based in Texas but travels worldwide, as needed; and he and Astrophysics' other field service technicians periodically perform installation and maintenance services in Texas, as needed, on x-ray machines sold to customers located in Texas.

---

[2] The two "SYSTEM CONFIGURATION" tabs included in this Excel file have been omitted to protect confidential and proprietary information contained therein. Exhibit 3 is a true and correct copy of the redacted Order Confirmation tab of the Excel file.

I, John Price, declare under penalty of perjury that the foregoing is true and correct. Executed on this 1st day of March, 2024.

_____
John Price

# ASTROPHYSICS®

**Proposal PR2307-0412**

Date : 07/26/2023
Validity ending date : 08/25/2023

| From | To |
|---|---|
| **Astrophysics Inc**<br>21481 Ferrero Parkway<br>City of Industry, California, 91789<br>United States<br><br>Phone: 19095985488<br>Email: jflores@astrophysicsinc.com<br>Web: www.astrophysicsinc.com | **Menzies Aviation Colombia S.A.S. Rio Negro**<br>Aeropuerto Rio Negro<br>Medellin<br><br>Colombia<br>Phone: 57-4-444-4444 |

Incoterm : ▮▮▮▮▮▮▮▮▮▮

Amount in US Dollars currency

| Description | U.P. (net) | Qty | Total (excl.) |
|---|---|---|---|
| ▮▮▮▮▮▮ X Ray Inspection Unit ▮▮▮▮▮▮ ▮▮▮ ▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | ▮▮▮▮▮ | 1 | ▮▮▮▮▮▮ |
| ▮▮▮▮▮▮ X Ray Inspection System ▮▮▮ ▮▮▮ ▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮ ▮▮▮▮▮▮▮▮▮▮ ▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮ | ▮▮▮▮▮ | 5 | ▮▮▮▮▮▮ |

**Availability delay:** ▮▮▮▮▮

**Total (excl. tax)** ▮▮▮▮▮

**Check payments (including tax) are payable to Astrophysics Inc., send to**
21481 Ferrero Parkway
City of Industry, CA 91789
USA

Written acceptance, company stamp, date and signature

**Payment by transfer to the following bank account:**
Bank: East West Bank

| Bank code | Account number |
|---|---|
| ▮▮▮▮▮ | ▮▮▮▮▮ |

Address: 9300 Flair Drive 4th Floor
El Monte, CA 91731
Account owner name: Astrophysics Inc.
**BIC/SWIFT code:** ▮▮▮▮▮

**DECLARATION EXHIBIT**

**1**

# Orden de Compra
# Purchase Order

**Número/Number:** CO1 030241

**Fecha Orden/Order Date:** 16/08/2023

**Fecha de Entrega/Del. Date:** 18/08/2023



**Proveedor/Supplier:**
ASTROPHYSICS INC
21481 Ferrero Parkway
City of Industry CA 91789 USA
CALIFORNIA
INTERNACIONAL
USA

Tax Id   20-2078464
Tel:   +1(909)598-5488
Fax:

**Código Proveedor/Supplier Code:**   V01284

**Centro de Costos /Cost Centre:**   MDE   ADGO   #

**Dirección de Entrega/Deliver To:**
Menzies Aviation Colombia
Aeropuerto Jose Maria Cordoba
Area Restringida Plataforma HD4
Rionegro, Antioquia
Colombia

Tel:   315-609-6109
Fax:

**Contacto/Contact:**
Yeraldinne Medina
yeraldinne.medina@menziesaviation.com

**Facturar a/Invoice To:**
**Menzies Aviation Colombia S.A.S**
Aeropuerto El Dorado
Avenida Calle 26 No 106-39
Terminal de Carga, Oficina 310
Bogotá, Colombia.

Tel:   5870777
Fax:

| Descripción/Description | Ctd/Qty | Precio Unitario /Unit Price | Total (ex. IVA) |
|---|---|---|---|
| X Ray Inspection ▇▇▇▇▇▇▇ ▇▇▇▇▇▇ ▇▇▇▇▇▇ ▇▇▇▇▇ ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ ▇▇▇ ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ | 1.00 | ▇▇▇▇ | ▇▇▇▇ |
| X Ray Inspection System - ▇▇▇▇▇▇ ▇▇▇▇▇ ▇▇▇▇▇ ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ | 5.00 | ▇▇▇▇ | ▇▇▇▇ |
| Factory Delivery Date for import: ▇▇▇▇▇▇▇ | 1.00 | 0.01 | 0.01 |
| Installation and commissioning date: Maximum ▇▇▇▇ | | | |
| Incoterm : ▇▇▇▇▇▇ | | | |

**Total Orden en/Total Net   USD**   ▇▇▇▇
**Total IVA**   ▇▇
**Total Orden en/Total Order**   ▇▇▇▇

**DECLARATION EXHIBIT**

**2**



EXCELLENCE FROM TOUCHDOWN TO TAKEOFF

Importante: El número de la Orden de Compra debe incluirse en todos los documentos incluyendo remisiones y facturas.
En caso de no incluirse en su factura el número de Orden de Compra, remisión, dirección de entrega y dirección de facturación, pueden presentarse demoras en el pago.

Important: The Purchase Order Number must be quoted on ALL documents, delivery notes and invoices relating to this order. Failure to use the Purchase Order Number, Delivery and Invoice Address could delay payment.

EXCELLENCE FROM TOUCHDOWN TO TAKEOFF 



☑ SALES   ☐ SERVICE

# ORDER CONFIRMATION

Page  1  of  3

| Company: | Menzies Aviation Colombia | Date: | 08/16/23 |
|---|---|---|---|
| Address: | Aeropuerto Jose Maria Cordoba | | |
| | Area Restringida Plataforma HD4 | Salesperson # | Dario Niselman |
| | Rionegro, Antioquia | Customer PO #: | 030241 |
| AP Contact: | Yeraldinne Mediana | Reference | |
| Tel: | 315-609-6109 | Quotation #: | |
| Cell/Fax: | | Sales # | 32828 |
| Email: | yerladine.medina@menziesaviation.com | REV: | **REV1 8/31/23** |

**ORDER SUMMARY**
**PLEASE REVIEW ATTACHED CONFIGURATION SHEET, ACCESSORIES AND SPARE PARTS LISTS**
**AS REQUIRED FOR ORDER DETAILS**

| Line # | Item Code # | Description | Reference Page # | Lead Time | Qtty | Price Unit | Total |
|---|---|---|---|---|---|---|---|
| 1 | ■ | X Ray Inspection System | 2 | ■ | 1 | ■ | ■ |
| 2 | | ■ | 2 | | 1 | ■ | ■ |
| 3 | | ■ | 2 | | 1 | ■ | ■ |
| 4 | | | | | | | |
| 5 | | ■ | 2 | ■ | 1 | ■ | ■ |
| | ■ | X ■ X Ray Inspection System | | | 5 | ■ | ■ |
| | | ■ | 2 | ■ | 5 | ■ | ■ |
| | | ■ | 2 | ■ | 1 | ■ | |
| | | ■ | 2 | ■ | 1 | ■ | ■ |

Order Total ■
Required Deposit ■
Deposit Amount ■

Notes:
■

-Lead times in weeks ■

☑ Credit Card *   ☐ Wire Transfer   ☐ Other

- Payment Terms:  ■
- Warranty Terms: ■
- Delivery Terms: ■

\* CREDIT CARD PAYMENTS SUBJECT TO A PROCESSING FEE
VISA & MC - 3%   AMEX & DISCOVER - 5%

**OTHER TERMS AND CONDITIONS:**
1) ALL PRICES IN US DOLLARS
2) ORDER WILL BE PROCESSED AS PER ATTACHED ORDER DETAILS UNLESS CUSTOMER REQUESTS CHANGE OR MODIFICATION WITHIN 24 HOURS FROM RECEIPT OF THIS CONFIRMATION.
3) IF DEPOSIT IS REQUIRED, DEPOSIT IS IMMEDIATELY DUE AND PAYABLE.  THE ORDER WILL NOT BE PROCESSED UNTIL REQUIRED DEPOSIT HAS BEEN RECEIVED BY ASTROPHYSICS, INC.  THIS CONFIRMATION IS PRESENTED IN LIEU OF AN INVOICE.  DELAY IN PAYMENT OF REQUIRED DEPOSIT MAY RESULT IN EXTENDED LEAD AND DELIVERY TIMES.
3) IF PAYMENT TERMS REQUIRE BANK LETTER OF CREDIT (LC) OR OTHER GUARANTEE,  THE ORDER WILL NOT BE SHIPPED UNTIL EVIDENCE OF REQUIRED LC OR GUARANTEE HAS BEEN RECEIVED  BY ASTROPHYSICS, INC. DELAY IN OBTAINING LC OR OTHER GUARANTEE MAY RESULT IN EXTENDED LEAD AND DELIVERY TIMES.
4) CANCELLATION CHARGES MAY APPLY - CUSTOM ORDERS ARE NON-CANCELABLE, NON-RETURNABLE
5) STORAGE FEES WILL BE ASSESSED AT $30/DAY PER CRATE AFTER THE 10TH BUSINESS DAY OF COMPLETION.

Originated by: _____   Signature: _____
Authorized By: _____   Signature: _____

ORIG    - SALES
COPY 1 - AR
COPY 2 - Production Manager

**DECLARATION EXHIBIT**

**3**