UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| MENZIES AVIATION, INC., <br> AND MENZIES AVIATION <br> COLOMBIA S.A.S, <br> <br> Plaintiff, <br> <br> vs. <br> <br> ASTROPHYSICS, INC., <br> <br> Executor. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )     Case No. 3:24-cv-00057 |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS**

Menzies Aviation Inc. and Menzies Aviation S.A.S. ("Menzies") respectfully moves this Honorable Court to modify the current briefing schedule, extending Menzies' deadline to respond to Astrophysics, Inc.'s ("Astrophysics") motion to dismiss by seven days.

1. Menzies initiated this action on January 8, 2024 (ECF No. 1).

2. Astrophysics required additional time to obtain local counsel and respond to Menzies' complaint. After conferring with Menzies on this issue, Menzies filed a motion for extension of time—on behalf of Astrophysics—so it may duly appear in this matter. Menzies filed this motion on February 15, 2024 (ECF No. 5) and the Court granted the same on February 16, 2024 (ECF No. 6).

3. On March 5, 2024, Astrophysics filed a motion to dismiss Menzies' original complaint (ECF No. 7).

4. Menzies' deadline to respond to Astrophysics' motion is March 26, 2024. Menzies moves to extend this deadline by **seven days to April 1, 2024**.

4860-8403-5249.1

5. The undersigned consulted with counsel for Astrophysics regarding this motion. Counsel for Astrophysics does not oppose this motion, nor the relief requested herein.

6. No party will be prejudiced by the granting of this motion.

Dated: March 25, 2024

Respectfully submitted,
*/s/Carrie B. Hoffman*
Carrie Hoffman
TX Bar No. 00787701
Foley & Lardner LLP
2021 McKinney Avenue, Suite 1600
Dallas, TX 75201-3340
214.999.3000
214.999.4667

Attorneys for Plaintiffs MENZIES AVIATION INC. and MENZIES AVIATION COLOMBIA S.A.S

4860-8403-5249.1

## CERTIFICATE OF CONFERENCE

I hereby certify that on March 25, 2024, Menzies conferred with opposing counsel regarding this motion, and she does not oppose the relief sought herein. Said Motion to Extend is therefore unopposed.

| | |
|---|---|
| Dated:  March 25, 2024 | Respectfully submitted,<br>*/s/Carrie B. Hoffman*<br>Carrie Hoffman<br>TX Bar No. 00787701<br>Foley & Lardner LLP<br>2021 McKinney Avenue, Suite 1600<br>Dallas, TX 75201-3340<br>214.999.3000<br>214.999.4667<br><br>Attorneys for Plaintiffs MENZIES AVIATION INC. and MENZIES AVIATION COLOMBIA S.A.S |

## CERTIFICATE OF SERVICE

I hereby certified that a true and correct copy of the foregoing document has been served via ECF upon all counsel of record on this 25th day of March 2024.

*/s/Carrie B. Hoffman*
Carrie B. Hoffman

3

4860-8403-5249.1