UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| MENZIES AVIATION, INC., AND MENZIES AVIATION COLOMBIA S.A.S, <br><br>  Plaintiff, <br><br> vs. <br><br> ASTROPHYSICS, INC., <br><br>  Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Case No. 3:24-cv-00057 |

**ORDER GRANTING PLAINTIFFS' MOTION FOR EXTENSION OF TIME**

The Court, having considered Menzies Aviation Inc. and Menzies Aviation S.A.S's ("Menzies") Unopposed Motion for Extension of Time to Respond to Defendant's Motion to Dismiss, the facts and circumstances of the case, and relevant law, hereby GRANTS this motion in its entirety.

**NOW THEREFORE**, Menzies' deadline to respond to defendant Astrophysics, Inc.'s Motion to Dismiss (ECF No. 7) is now April 1, 2024.

**IT IS SO ORDERED.**

**Signed this_____day of _____, 2024**

_____
CHIEF DISTRICT JUDGE DAVID C. GODBEY

4889-8361-0289.1