UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MENZIES AVIATION, INC.,<br>AND MENZIES AVIATION<br>COLOMBIA S.A.S, | ) ) ) ) | |
| Plaintiff, | ) ) ) | Case No. 3:24-cv-00057 |
| vs. | ) ) | |
| ASTROPHYSICS, INC., | ) ) | |
| Executor. | ) ) | |

## PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiffs Menzies Aviation, Inc. and Menzies Aviation Columbia S.A.S (collectively, "*Menzies*") file this *Notice of Voluntary Dismissal without Prejudice* (the "*Notice*") in connection with the above-captioned matter.

Currently pending before the Court is Defendant's Motion to Dismiss (filed March 5, 2024). ECF No. 7.  Defendant has not asserted any counterclaim, filed an answer, or otherwise requested any affirmative relief in this action. Accordingly, this notice is effective upon filing and without need of an order from the Court. Fed. R. Civ. P. 41(a)(1); *Am. Cyanamid Co. v. McGhee*, 317 F.2d 295, 297 (5th Cir.1963). Notice is hereby given that this action is voluntarily dismissed without prejudice, with each party bearing its own attorneys' fees and costs.

Dated:  April 2, 2024

Respectfully submitted,
*/s/Carrie B. Hoffman*
Carrie Hoffman
TX Bar No. 00787701
Foley & Lardner LLP
2021 McKinney Avenue, Suite 1600
Dallas, TX 75201-3340

4860-6516-8819.1

214.999.3000
214.999.4667

Attorneys    for    Plaintiffs    MENZIES
AVIATION INC. and MENZIES AVIATION
COLOMBIA S.A.S

## CERTIFICATE OF SERVICE

I hereby certified that a true and correct copy of the foregoing document has been served

via ECF upon all counsel of record on this 2nd day of April 2024.

*/s/Carrie B. Hoffman*
Carrie B. Hoffman

4860-6516-8819.1